UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-759 (PAM/JGL)

AGNES EDISON,

Plaintiff,

v.

**PRETRIAL ORDER**

WAL-MART STORES, INC., et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is two to three days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to December 1, 2001;

3. Plaintiff shall disclose all expert witnesses, including reports, by May 1, 2002; Defendants shall disclose all expert witnesses, including reports, by June 1, 2002;

4. The period during which the parties may seek discovery shall be completed by July 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to August 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to September 1, 2002; and

7. This case will be considered "ready for trial" as of October 1, 2002.

DATED: October 16, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED OCT 17 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK