UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Agnes Edison,

Plaintiff,

vs. ORDER OF RECUSAL

Wal-Mart Stores, Inc., et al.,

Defendants. Civ. No. 01-759(PAM/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 24th day of July, 2002.

* * *

In accordance with the provisions of Title 28 U.S.C. §455(a), the undersigned hereby recuses himself in this matter, and the file is transferred to Chief United States Magistrate Judge Jonathan Lebedoff for such reassignment as is deemed proper.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

FILED JUL 24 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____

TOTAL P.04

Agnes Edison

vs. 01-759PAM/JGL

Wal-Mart Stores

Pursuant to an Order of Recusal by Magistrate Judge Raymond L. Erickson, the above action has been referred to Magistrate Judge Jonathan G. Lebedoff. Please note the change in the MJ initials above and refer to them when submitting materials to the court. Please also note that Judge Magnuson remains the presiding judge in this action.