**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Agnes Edison,

Court File No. 01-759 PAM/JGL

Plaintiff,

vs.

**STIPULATION OF DISMISSAL** AND ORDER

Wal-Mart Stores, Inc. and
Coca-Cola Midwest Bottling,

Defendants.

---

The above-entitled action, having been fully compromised and settled,

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without costs to either party.

**IT IS FURTHER STIPULATED AND AGREED,** that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss said action of record.

Dated: 10/4/02

SIEBEN GROSE VON HOLTUM & CAREY

By: ______________________
William O. Bongard #133826
Attorneys for Plaintiff
900 Midwest Plaza East
800 Marquette Ave.
Minneapolis, MN 55402
(612) 333-4500

Dated: 10/1/02

MURNANE CONLIN WHITE & BRANDT

By: ______________________
Andrew T. Shern #100316
Attorneys for Defendant Wal-Mart
444 Cedar St. Suite 1800
St. Paul, MN 55402
(651) 227-9411

FILED OCT 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD [illegible]
DEPUTY CLERK ______

Dated: 10-8-02

LIND JENSEN SULLIVAN & PETERSON

By: 

Brian A. Wood #141690
Attorneys for Defendant Coca-Cola
150 So. Fifth St. Suite 1700
Minneapolis, MN 55402
(612) 333-3637

**ORDER**

On reading and filing the above and foregoing Stipulation:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above-entitled action be and the same is hereby dismissed on the merits and without costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 18, 2002

BY THE COURT:

______________________